

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 2 4 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: SACR17-00140-CJC
        Plaintiff,  )  ORDER OF DETENTION AFTER
    vs.  )  HEARING
          )  [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
Jose Ceballos  )  § 3143(a)]
        Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __instant allegations; unknown bail resources; prior charges of violating supervised release__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _instant allegations of ongoing drug use._

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 4/24/18

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE