FILED
CLERK, U.S. DISTRICT COURT

APR 2 5 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 17-00140-CJC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER |
| | ) | HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| JOSE CEBALLOS, | ) | U.S.C. § 3143(a)] |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*No verified bail resources; instant allegations, prior failures to appear,*

1

*outstanding bench warrants suggest lack of amenability to supervision.*

and

B. (✓) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *per record*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 1/25/19 _____

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge